UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

IN RE: GILLEY, SAMANTHA NICOLE            CASE NO. 14-31644
    DEBTOR(S)

## JOINT MOTION OF INTENT TO SELL COMMUNITY INTEREST IN COLLATERAL TO SECURED CREDITOR AND PAY 506(C) COSTS

TO WHOM IT MAY CONCERN:

    NOW COMES Trustee and Creditor(s), who affirm that:

    (1) The above entitled bankruptcy was filed under Chapter 7, on the 5th day of September, 2014, and MARK K. SUTTON was duly appointed Trustee.

    (2) The creditor, Ouachita Independent Bank, is the holder of promissory note or notes, having a present unpaid balance of $ 1,404,433.17 as set forth in the attached exhibits, made a part hereof.

    (3) The promissory note or notes, described in (2) above, are secured by a mortgage encumbering:

                            Attached
                           EXHIBIT "A"
                          3.5 Acres Tract

as set forth in the copy of the mortgage attached to this Motion.

    (4) The creditor's mortgage is a primary ranking encumbrance as set forth by the mortgage certificate attached.

    (5) The property described in paragraph (3) is valued at $ 67,500, an amount less than that sum due creditor as set forth in (2), and there is, therefore, no equity in that property.

    (6) The creditor has requested that the property be sold by the Trustee, to said creditor, under Sections 363(b) and 363(k) of the Bankruptcy Code, in satisfaction of the secured claim of creditor in the amount of $ 67,500.00 with the creditor being further secured by additional collateral in the amount of $425,150 and unsecured for the balance of it's claim in the amount of $ 911,783.17. The creditor has been informed that it may request a non-cost abandonment, but, nevertheless, prefers the consensual sale.

(7) Pursuant to Section 363, the Trustee is selling the community interest of Samantha Nicole Gilly and Andrew Duncan Gilly in and to said property.

(8) The creditor and Trustee agree that the Trustee has incurred costs and expenses in regard to the preservation of the property, as well as costs of this sale, in the amount of $500.00, all as is more clearly set forth in the itemized affidavit of said Trustee setting forth in detail the time and costs expended.

(9) The creditor and Trustee requests that the Court recognize the Trustee's costs and expenses, as set forth in (8), as Section 506(c) costs and expenses, as well as authorizing the creditor to pay said costs and expenses to the Trustee upon the sale being consummated.

WHEREFORE, TRUSTEE AND CREDITOR PRAY that after proper notice of this proposed sale, and the payment of costs and expenses therein, is given to all creditors and parties in interest, pursuant to bankruptcy Rules 2002 and 6004, and after all delays have passed, that an Order issue herein, as follows:

(A) Authorizing and directing the Trustee to sell to the creditor all of the community interest of Samantha Nicole Gilly and Andrew Duncan Gilly in that property described in (3) of this Motion in satisfaction of $67,500 on its secured claim, while reserving $ 911,783.17 to said creditor as an unsecured claim; and

(B) Recognizing and allowing the Section 506(c) costs and expenses payable by the secured creditor to the Trustee at consummation of the sale, to be the monetary sum of $500.00, and authorizing and ordering said creditor to pay said sum to the Trustee upon the consummation of the sale;

(C) If, and only if, an objection and request for hearing thereon is timely filed, said hearing will be held.

SIGNED this 25th day of February , 2015, in Natchitoches , Louisiana.

                                  By:     /s/ Mark K. Sutton
                                  MARK K. SUTTON, TRUSTEE

SIGNED this 13th day of February, 2015, in Monroe, Louisiana.

                                  Ouachita Independent Bank
                                  c/o R. Douglas Wood, Jr.

                                  By:/s/ R. Douglas Wood, Jr