# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

In re: GILLY, SAMANTHA NICOLE § Case No. 14-31644
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARK K. SUTTON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $164,600.00    Assets Exempt: $37,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,973.92    Claims Discharged
    Without Payment: $1,107,961.60

Total Expenses of Administration: $738.96

3) Total gross receipts of $ 6,491.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,778.18 (see **Exhibit 2**), yielded net receipts of $2,712.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,142,973.33 | $1,404,433.17 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 738.96 | 738.96 | 738.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 995,132.65 | 114,875.15 | 114,875.15 | 1,973.92 |
| **TOTAL DISBURSEMENTS** | $2,138,105.98 | $1,520,047.28 | $115,614.11 | $2,712.88 |

    4) This case was originally filed under Chapter 7 on September 05, 2014. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2015      By: /s/MARK K. SUTTON
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with The Mer Rouge State Bank | 1129-000 | 1,117.06 |
| 2014 Tax Refund | 1124-000 | 5,374.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,491.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Samantha Nicole Gilly | Debtor's Portion $834.18 (EIC Portion $2,944.00 = total $ 3,778.18 | 8100-002 | 3,778.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,778.18** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ouachita Independent Bank | 4110-000 | N/A | 1,404,433.17 | 0.00 | 0.00 |
| NOTFILED | USDA Dept. of Agriculture Farm Service Agency | 4110-000 | 165,500.00 | N/A | N/A | 0.00 |
| NOTFILED | USDA Dept. of Agriculture Farm Service Agency | 4110-000 | 130,500.00 | N/A | N/A | 0.00 |
| NOTFILED | USDA Dept. of Agriculture Farm Service Agency | 4110-000 | 57,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mtg. | 4110-000 | 111,881.45 | N/A | N/A | 0.00 |
| NOTFILED | Ouachita Independant Bank | 4110-000 | 667,191.88 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,142,973.33** | **$1,404,433.17** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK K. SUTTON | 2100-000 | N/A | 678.22 | 678.22 | 678.22 |
| MARK K. SUTTON | 2200-000 | N/A | 10.74 | 10.74 | 10.74 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $738.96 | $738.96 | $738.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Financial Leasing, Inc. | 7100-000 | N/A | 6,928.24 | 6,928.24 | 119.05 |
| 3 | 97Cavalry SPV I, LLC | 7100-000 | N/A | 2,559.25 | 2,559.25 | 43.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | USDA, Farm Services, Agency | 7100-000 | N/A | 105,315.38 | 105,315.38 | 1,809.65 |
| 5 | Synchrony Bank | 7100-000 | 72.28 | 72.28 | 72.28 | 1.24 |
| NOTFILED | Powerplan | 7100-000 | 109.95 | N/A | N/A | 0.00 |
| NOTFILED | PHI Financial Services | 7100-000 | 120,693.35 | N/A | N/A | 0.00 |
| NOTFILED | Morehouse Emergency Group Affiliate of The Schumacher | 7100-000 | 129.72 | N/A | N/A | 0.00 |
| NOTFILED | LA Dept of Agriculture & Forestry | 7100-000 | 7,583.05 | N/A | N/A | 0.00 |
| NOTFILED | Monsanto Company | 7100-000 | 103,304.11 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 48,870.56 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 19,336.17 | N/A | N/A | 0.00 |
| NOTFILED | Retailers Casualty Ins. Co. | 7100-000 | 1,117.00 | N/A | N/A | 0.00 |
| NOTFILED | Sanders | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 1,036.26 | N/A | N/A | 0.00 |
| NOTFILED | St. Francis Medical Center | 7100-000 | 32.01 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 163,593.79 | N/A | N/A | 0.00 |
| NOTFILED | Shreveport Communications | 7100-000 | 922.88 | N/A | N/A | 0.00 |
| NOTFILED | Signs First | 7100-000 | 472.30 | N/A | N/A | 0.00 |
| NOTFILED | St. Francis Medical Center | 7100-000 | 1,627.16 | N/A | N/A | 0.00 |
| NOTFILED | Shaw Oxygen Co., Inc | 7100-000 | 509.19 | N/A | N/A | 0.00 |
| NOTFILED | Sanders | 7100-000 | 7,498.38 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 62,040.75 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,599.25 | N/A | N/A | 0.00 |
| NOTFILED | Horizon's Billing Service | 7100-000 | 123.38 | N/A | N/A | 0.00 |
| NOTFILED | Brown-Folse Radiology | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayou Bonne Idee Water System | 7100-000 | 191.80 | N/A | N/A | 0.00 |
| NOTFILED | Horizon's Billing Service | 7100-000 | 123.38 | N/A | N/A | 0.00 |
| NOTFILED | Horizon's Billing Service | 7100-000 | 225.18 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 11,953.02 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 2,361.13 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 127,526.00 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 23,123.22 | N/A | N/A | 0.00 |
| NOTFILED | Horizon's Billing Service | 7100-000 | 751.03 | N/A | N/A | 0.00 |
| NOTFILED | Horizon's Billing Service | 7100-000 | 300.59 | N/A | N/A | 0.00 |
| NOTFILED | John Deere Financial | 7100-000 | 36,880.76 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $995,132.65 | $114,875.15 | $114,875.15 | $1,973.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-31644  **Trustee:** (380350) MARK K. SUTTON
**Case Name:** GILLY, SAMANTHA NICOLE  **Filed (f) or Converted (c):** 09/05/14 (f)
 **§341(a) Meeting Date:** 10/20/14
**Period Ending:** 12/29/15  **Claims Bar Date:** 06/11/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Undivided 1/2 interest in a House and 10902 McGo  Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 Checking account with The Mer Rouge State Bank  Imported from original petition Doc# 1 | 25.00 | 25.00 | | 1,117.06 | FA |
| 3 Savings account with The Mer Rouge State Bank  Imported from original petition Doc# 1 | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 4 Misc. household items and furnishings  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 Personal clothing  Imported from original petition Doc# 1 | 1,500.00 | 1,200.00 | | 0.00 | FA |
| 6 Power Unit (Engine that runs a well)  Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 Debtor has filed for divorce against her husband  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 8 2014 Tax Refund  Imported from original petition Doc# 1 | Unknown | 0.00 | | 5,374.00 | FA |
| **8 Assets Totals** (Excluding unknown values) | **$164,625.00** | **$2,325.00** | | **$6,491.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

8-31-15 E-Filed TFR waiting on Approval

3/11/15 Depositied Tax Refund and Checking Balance
04/09/15 Balanced Robobank Bank Statements
Waiting on Bar Date 6-11-15
March 2015 received funds from debtor. Will file notice to file claims. all assets administered
Waiting on Bar Date 6-11-15
05/11/15 Balanced Robobank Bank Statements
06/11/15 Balanced Robobank Bank Statements
07/11/15 Balanced Robobank Bank Statements
08/11/15 Balanced Robobank Bank Statements

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-31644  **Trustee:** (380350)  MARK K. SUTTON
**Case Name:** GILLY, SAMANTHA NICOLE  **Filed (f) or Converted (c):** 09/05/14 (f)
  **§341(a) Meeting Date:** 10/20/14
**Period Ending:** 12/29/15  **Claims Bar Date:** 06/11/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   September 30, 2015    **Current Projected Date Of Final Report (TFR):**    August 31, 2015  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-31644      **Trustee:** MARK K. SUTTON (380350)
**Case Name:** GILLY, SAMANTHA NICOLE      **Bank Name:** Rabobank, N.A.
     **Account:** ******4266 - Checking Account
**Taxpayer ID #:** **-***6591      **Blanket Bond:** $27,366,118.00 (per case limit)
**Period Ending:** 12/29/15      **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/15 | {8} | United States Treasury | 2014 Tax Return | 1124-000 | 5,374.00 | | 5,374.00 |
| 03/11/15 | {2} | Samantha Gilly | Balance from Bank Account | 1129-000 | 1,117.06 | | 6,491.06 |
| 03/11/15 | 101 | Samantha Nicole Gilly | Debtor's Portion $834.18 (EIC Portion $2,944.00 = total $ 3,778.18 | 8100-002 | | 3,778.18 | 2,712.88 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,702.88 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,692.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,682.88 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,672.88 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,662.88 |
| 10/19/15 | 102 | Wells Fargo Financial Leasing, Inc. | Dividend paid 1.71% on $6,928.24; Claim# 1; Filed: $6,928.24; Reference: 3006 | 7100-000 | | 119.05 | 2,543.83 |
| 10/19/15 | 103 | 97Cavalry SPV I, LLC | Dividend paid 1.71% on $2,559.25; Claim# 3; Filed: $2,559.25; Reference: PLATINUM GM MASTERCD 8497 | 7100-000 | | 43.98 | 2,499.85 |
| 10/19/15 | 104 | USDA, Farm Services, Agency | Dividend paid 1.71% on $105,315.38; Claim# 4; Filed: $105,315.38; Reference: 7143 | 7100-000 | | 1,809.65 | 690.20 |
| 10/19/15 | 105 | MARK K. SUTTON | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 688.96 | 1.24 |
| | | | Dividend paid 100.00% 678.22 on $678.22; Claim# ; Filed: $678.22 | 2100-000 | | | 1.24 |
| | | | Dividend paid 100.00% 10.74 on $10.74; Claim# ; Filed: $10.74 | 2200-000 | | | 1.24 |
| 10/19/15 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,491.06** | **6,491.06** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,491.06** | **6,491.06** | |
| | | | Less: Payments to Debtors | | | 3,778.18 | |
| | | | **NET Receipts / Disbursements** | | **$6,491.06** | **$2,712.88** | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-31644 | **Trustee:** | MARK K. SUTTON (380350) |
| **Case Name:** GILLY, SAMANTHA NICOLE | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******4266 - Checking Account |
| **Taxpayer ID #:** **-***6591 | **Blanket Bond:** | $27,366,118.00  (per case limit) |
| **Period Ending:** 12/29/15 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4266** | 6,491.06 | 2,712.88 | 0.00 |
| | $6,491.06 | $2,712.88 | $0.00 |